IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SHARON M. JAMES, | § | |
| | § | No. 563, 2019 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—United States |
| | § | District Court for the District of |
| v. | § | Delaware |
| | § | |
| A.C. MOORE ARTS AND CRAFTS | § | Civ. No. 18-063-CFC |
| INC./SBAR'S INC., et al., | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: January 13, 2020
Decided: January 16, 2020

Before **SEITZ**, Chief Justice; **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

## **O R D E R**

This 16th day of January 2020, it appears to the Court that:

(1)     The appellant, Sharon James, is engaged in litigation in the United District Court for the District of Delaware (the "District Court"). She purported to file this appeal from an order of the District Court.

(2)     On December 31, 2019, the Senior Court Clerk issued a notice directing the appellant to show cause why the appeal should not be dismissed based on this Court's lack of jurisdiction to consider an appeal from the District Court. In response to the notice, James argues that this Court should accept the appeal as an

interlocutory appeal under Delaware Supreme Court Rule 42. Although unclear, she also appears to suggest that this Court should accept the case under Delaware Supreme Court Rule 41, as a certification of questions of law.

(3) This Court has no jurisdiction to consider an appeal from the District Court, whether from a final or interlocutory order.[1] Moreover, this Court's jurisdiction over certified questions of law may be invoked only upon certification by a judge of specified courts or other governmental bodies, not by a litigant.[2]

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rule 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] DEL. CONST. Art. IV, § 11.

[2] *Id.* Art. IV, § 11(8); DEL. SUPR. CT. R. 41(a), (c)(i), (ii). *See also Harmon v. Wilson*, 2007 WL 2993569 (Del. Oct. 15, 2007) (dismissing appeal that failed to satisfy requirements for seeking certification of questions of law under Rule 41).